Office of the Executor
DEAN RICHARD VONGERMETEN WHFIT/ESTATE
c/o 1921 Thurston Avenue, Racine, Wisconsin



TO: Rachel M. Blise: Chancellor in Equity Jurisdiction
c/o : Janet Medlock: Clerk of Court
US Bankruptcy Court, Eastern District of Wisconsin
517 E. Wisconsin Avenue, Milwaukee, Wisconsin 53202

March 8, 2022

Re: Case #: to be determined

Dean Richard Von Germeten, the living man, beneficiary
DEAN RICHARD VONGERMETEN WHFIT

v.

Suzy Lindblom, COO
Planet Home Lending, LLC
321 Research Pkwy, Ste 303
Meriden, CT 06450

Terry Smith, CEO
Rushmore Loan Management Service
15480 Laguna Canyon Road, Suite 100
Irvine, California 92618

Alejandro Hoyos: Trustee
U.S. Bank National Association
8 Greenway Plaza Suite 1100
Houston, TX 77046

Christopher Drout, Mark Clauss
Gray & Associates, LLC
16345 W. Glendale Drive
New Berlin, Wisconsin 53151

Michael Dimand, Attorney
William Patacsil, Attorney
Marinosci Law Group, P.C.
16535 W. Bluemound Rd., Suite 333
Brookfield, WI 53005

BILL OF COMPLAINT – AFFIDAVIT AND REQUEST FOR NEW ADVERSE CLAIM  #

I, Petitioner, Affiant and declarant Dean Richard Von Germeten, the living man, in original jurisdiction, beneficiary to the cestui que trust, American-state national, living on an occupied, private estate, outside the military jurisdiction, making special appearance and representing the Debtor, DEAN RICHARD VONGERMETEN, do object to Planet Home Lending attorney and US Bank Attorney filing foreclosure papers into the Racine County court case docket, for the following reasons:

1. The debt for loan number ▮▮▮▮0451 was cancelled per Racine County clerk of court Jennifer Bel 1099C of September 29, 2021, and establishing DEAN R. VONGERMETEN's creditor status.

2. Affiant has not taken out any ostensible new loan number ▮▮▮▮4188 with Rushmore Loan Management Services, or US Bank National Association, representing any particular trust. Plaintiff companies have committed mail fraud, with attorneys making only heresay claims without first-hand knowledge, evidence, witnesses or a living, injured real party-of-interest, in violation of 12 USC § 1864 out-of-state collection practices. All such plaintiff claims are perjury and fraud on the court.

3. The Plaintiffs are entering this court using misnomers which are fraud on the court.

4. Planet Home Lending LLC was defaulted and liened for failure to credit a payment instrument; see: 26 USC § 108(e)(10) and invoiced for services rendered to the property. Furthermore Planet Home Lending, LLC sold Petitioner's note in violation of a private novation with fees, recorded as a lien with two state apostilles, see Register of Deeds document # 2603183, August 24, 2021 and doc #76 case # 21-cv-25409-rmb.

5. The Real Estate was sold to Hand of Christ Trust, See; Racine County Register of Deeds document # 2603526, August 27, 2021.

6. Bonds were filed into prior case numbers that should have settled all claims.

7. The parties are making false claims to collect on a cancelled debt.

8. The attorney Mark Clauss for Gray & Associates, LLP who unlawfully filed the original foreclosure Case, committed felonies per 18 USC § 2071, WI 973.015 and 946.72(1) and Kenosha County v. Frett, 2014 WI App 12, 357,9 Wis. 2d 246, 858 N.W. 2d 397, 14-0006, by requesting expungement of over 21 documents (see doc #92 case # 19-cv-001616) from Racine Register of Deeds et al aided and abetted by Matthew Lynch, CLC for WDFI and Racine county Judge Michael J. Piontek (retired) who violated my due process rights barring my substantive rights to file papers into the case to defend my interests (doc # 89) per 42 USC § 1983, 1985, 1986, 1988. A judgement is void when a judge fails to act impartially. See: Kalb v. Feuerstein (1940) 308 US 433, 60 S. Ct 343, 84 Led 370. I demand to see the bonds issued by the court and attorneys indemnifying me if I'm injured by these proceedings (I have already been injured) and assignment letter by the FDIC to proceed against me and/or the property. There is no statute of limitations on fraud.

9. Affiant is holder of land patent 1280113 in perpetuity. See Racine County Register of Deeds doc #: 2594701 recorded June 29, 2021.

10. A servicer/debt collector who has purchased a debt from another company has no interest in the original debt, making their status that of a mere volunteer. The right of subrogation does not arise to one who pays the debt of another as a mere volunteer. This includes attempts at collection by assignment, transfer or trade. A volunteer, stranger or intermeddler is "one who thrusts himself into a situation on his own initiative, and not one who becomes a party to a transaction upon the urgent petition of a person who is vitally interested, and whose rights would be sacrificed did he not respond to the importunate appeal." Laffranchini, 39 Nev 48, 153 P. 252. Parties may be considered volunteers if in making a payment, they have no interest of their own to protect, they act without any obligation, legal or moral, as they act without being requested to do so by the person liable on the original obligation. See: Henningsen v. United States Fidelity Guar. Co., 208 U.S. 404, 411 (1908); Smith v. State Sav. & Loan Ass'n, 175 Cal. App. 3D 1092, 1098, 223 Cal Rptr. 298, 301 (1986); Norfolk & Dedham Fire Ins. So., v. Aetna Casualty & Surety Co., 132 Vt. 341, 344, 318 A. 2d 659, 661 (197).

11. Any new claims asserted by claimants are entirely bogus and without merit, attempted extortion, unjust enrichment, theft of real property and missuse of Affiant's name under WI 943.201(1)(b)(1). Declarant has remained in honor throughout, filing court bonds in this and other court cases to settle any outstanding claims, and demands compensation and recoupment for violations of 12 USC § 374a, proven via index funds cusips: 808509673; SWSCX, 74254V8D7; PTBCX & 315918342; FHEAX that the original loan ████0451 was securitized. 26 USC § 108(i)(4)(B) says when this occurs, there is cancellation of debt, however Petitioner/Declarant/Affiant was never a bank member or bank affiliate issuing stock who qualified for said loan. The fines for violation are $100./day from 10/31/2011 to date, plus triple damages for the amount claimed, approx. $75k x 3. Further violations include 18 USC § 1005, 1006, 153 and 12 USC § 1847 and 12 USC § 1864 out-of-state collection practices with private rights of action 12 USC § 503, and the B410 form. Claimants have no evidence proving Petitioner/Affiant/Declarant entered into any new loan number ████188 under a misnomer/fictitious defendant: Dean Richard Vongermeten or otherwise and requires they produce a wet-ink signature between the parties and Power-of-Attorney signed by the Executor authorizing claimants to administrate the estate along with Fincen 8300 form memorializing the creditor/debtor relationship. Absent said evidence, Petitioner/Affiant/Declarant requires the Chancellor report claimants Michael Dimand, Christopher Drout, William Patacsil, et al attorneys for the Plaintiffs to law enforcement for felonies per 12 USC § 615 (for the purpose of carrying out transactions in foreign countries), 630 & 18 USC § 4 or pay equitable damages; also sanctions and injunction against the parties to relinquish all claims to the property and further relief as this court may find equitable, not limited to proper name decree, a full auditing of estate assets both on and off ledger awarding and assigning this executor/beneficiary all rights titles, interests, securities, profits, emoluments, res, properties and control of the living estate, in chambers. I am an elder disabled American under the Americans with disabilities act. Should any other corporate counsel or its employees obstruct or interfere they will be named individually in this Federal action.

12. As of this date this cause is currently being heard in US Bankruptcy Court, Eastern District of Wisconsin, case # 21-cv-25409-rmb. Claimants have reopened case # 19-CV-001616-mjp in Racine County circuit court where Petitioner was barred by the retired judge Piontek from filing papers in my own defense, hence I am remanding it to this appropriate Federal jurisdiction. Corporations deriving any authority from section 25 of the Federal Reserve Act have to litigate any claim in a district court of the United States, per 12 USC § 632. US Bank National Association falls under 12 USC § 632 (Federal jurisdiction.) Trust indenture RF 489 562 779 US filed in case number 21-cv-25409-rmb naming the trustees shall continue to apply under this new case number.

This BILL OF COMPLAINT - AFFIDAVIT AND REQUEST FOR NEW ADVERSE CLAIM #

...and Certificate of Service, consisting of 11 pages, is based on good faith, and is intended to establish standing, and venue in this instant matter. This is merely notice of intent. The following is not intended to be a complete recitation of all applicable law and/or facts, nor shall the following be deemed to constitute a waiver or relinquishment of any of my rights or remedies, all of which are hereby expressly reserved, including my right to all available remedies against U.S. BANK NAT'L ASS'N, Rushmore Loan Management Services, Planet Home Lending, LLC, employees, agents, attorneys for, including but not limited to treble equitable damages, expenses equitable and/or jury awards, "The requirement that a creditor obtain a prior judgment in order to have rights at law, or in equity in the property of the debtor is a fundamental protection in the debtor-creditor law that is rendered all the more important in the federal system by the debtor's right to jury trial on the legal claim." Grupo Mexicano de Desarrolo, S.A. v. Alliance Board Fund, Inc., 527 U.S. 308, 119 S. Ct. 1961. 144 L. Ed. 2Nd 319;

Furthermore:

The party bringing the suit, (counter-claim) is master to decide what law he will rely upon. And any party filing a "counter-claim" is referred to as a 'plaintiff', and if the "counter-claim exits as an incident to a federal statutory cause of action, it cannot be defeated by a plea denying the merits. There are no 'demurs" or motions for "summary judgments" to a "federal statutory cause of action. Fair v. Kohler Die & Specialty Co., 228 U.S. 22 (1913).

Petitioner/Declarant/Affiant does make Oath and per 28 USC § 1746 I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 8, 2022         By: _____
                                         Beneficiary

Certificate of Service

I Dean Richard Von Germeten, do certify to having sent by certified mail (or hand delivered) the following document:  BILL OF COMPLAINT – AFFIDAVIT AND REQUEST FOR NEW ADVERSE CLAIM  #, 1099C Cancellation of Debt with postmark, letter from Sam Christensen, no lien/judgement on file... Affidavit of Fact & Full  Satisfaction, parcel ID# to the parties:

Suzy Lindblom, COO
Planet Home Lending, LLC
321 Research Pkwy, Ste 303
Meriden, CT 06450

Terry Smith, CEO
Rushmore Loan Management Service
15480 Laguna Canyon Road, Suite 100
Irvine, California 92618

Alejandro Hoyos: Trustee
U.S. Bank National Association
8 Greenway Plaza Suite 1100
Houston, TX 77046

Christopher Drout, Mark Clauss
Gray & Associates, LLC
16345 W. Glendale Drive
New Berlin, Wisconsin 53151

Michael Dimand, Attorney
William Patacsil, Attorney
Marinosci Law Group, P.C.
16535 W. Bluemound Rd., Suite 333
Brookfield, WI 53005


**NOTICE TO AGENT IS NOTICE TO PRINCIPAL, NOTICE TO PRINCIPAL IS NOTICE TO AGENT**

Executed on March 8, 2022          By: Dean Richard Von Germeten
                                        Beneficiary



Office of the Clerk of Circuit Court
## Samuel A. Christensen
730 Wisconsin Avenue
Racine, WI 53403
Main: 262-636-3333
Fax: 262-636-3341
www.racinecounty.com/government/clerk-of-circuit-court
Wisconsin Circuit Court Access: www.WiCourts.gov

March 29, 2021

Peter Joseph Polinski
5735 Cavanaugh Rd, Ste 614
Marcy, NY 13403

RE:    Planet Home Lending, LLC vs. Dean R. Von Germeten et al
       Racine County Case # 19CV1616

Dear Mr. Polinski,

We are returning your recently submitted documents and money order. It is unclear what you're attempting to file. There does not appear to be a judgment or lien from the above referenced case. As such there is not a judgment or lien to satisfy or release under Wisconsin Statute.

Additionally, please know that on February 20, 2020, Judge Michael Piontek ordered the Clerk of Circuit Court to refuse filings from the Defendant, Dean R. Von Germeten. That would include filings on Mr. Von Germeten's behalf. As of the date of this letter that order is still in effect.

Sincerely,

Samuel Christensen
Clerk of Circuit Court

Management Staff

| Emily Bruno | Laurie Hardy | Kirsten Malecki | Ashley Robash | Lewis Zanon | Amy Vanderhoef |
|---|---|---|---|---|---|
| Administrative Deputy | Case Manager | Case Manager | Jury Coordinator | Accounting Manager | Case Manager |

Case 22-02024-rmb    Doc 1    Filed 03/11/22    Page 7 of 17

(over)

Affidavit of fact & full Satisfaction
_____
Document Title Above

Document # **2618799**
RACINE COUNTY REGISTER OF DEEDS
January 21, 2022   8:31 AM

*Karie L. Pope*
KARIE POPE
RACINE COUNTY
REGISTER OF DEEDS
Fee Amount: $37.00

Pages: 5

Grantor : Dean Richard Von Germeten

Grantee : Hand of Christ Trust

Return to **Name** and **Address** Below

Dean Richard Von Germeten
c/o 1921 Thurston Avenue
Racine, Wisconsin 53403

276-000015160000  30-6
_____
Parcel ID Number(s)

Cover Sheet/ljh/06/07

(over)



Office of the Executor
DEAN RICHARD VONGERMETEN WHFIT/ESTATE
c/o 1921 Thurston Avenue, Racine, Wisconsin

AFFIDAVIT OF FACT AND FULL SATISFACTION

I Dean Richard Von Germeten, executor for the Estate, paramount title and interest holder of

Land Patent 1280113 for

Parcel number 276-000015160000
FHA Case # 581-4314298
MIN: 100052550326045134
WBCD LOAN# ████0451

Held in Trust by Hand of Christ Trust,

Do hereby attest and solemnly swear that all loan amounts incurred on the above property are hereby paid and satisfied as evidenced by the attached 1099C issued by Racine County Circuit Court cancelling said debt.

_January 20, 2022_     _Dean Richard Von Gent_

Date                             Autograph

Jurat

Wisconsin State
Racine County

Subscribed and sworn to (or affirmed) before me on this _20th_ day of _January_, 2022 the

living man did made special appearance bearing government issued ID, proving himself to be the

authorized representative of the en legis known as  DEAN R. VONGERMETEN_ based upon

satisfactory evidence before me this day

_Carol A Thurber_                  _10-1-2023_

Notary                          My commission expires

(Notary seal: CAROL A. THURBER NOTARY PUBLIC STATE OF WISCONSIN)

(over)

DEAN R VONGERMETEN
C/O 1921 THURSTON AVENUE
RACINE, WI 53403
US

ZEW0926A
4000000020 20/1

I|I.IIII.I.I.I.I.I....I.I.I.I.I.I.I.I.I....II|III.II.I.I.I

 RACINE COUNTY CIRCUIT COURT JENNIFER BEL
730 WISCONSIN AVENUE
RACINE WI 53403-1238

☐ CORRECTED (if checked)

| CREDITOR'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br>DEAN R VONGERMETEN<br>C/O 1921 THURSTON AVENUE<br>RACINE, WI 53403<br>US<br>Phone: 262-633-5404 | | **1** Date of identifiable event<br>02/14/2020 | OMB No. 1545-1424 | **Cancellation of Debt** |
|---|---|---|---|---|
| | | **2** Amount of debt discharged<br>$ 53,413.30 | 2020 | |
| | | **3** Interest, if included in box 2<br>$ 0.00 | Form **1099-C** | |
| CREDITOR'S TIN<br>98-1498830 | DEBTOR'S TIN | **4** Debt description<br>DEBT CANCELLATION, CLAIM THE RETURN | | **Copy B**<br>**For Debtor** |
| DEBTOR'S name, Street address (including apt. no.), City or town, state or province, country, and ZIP or foreign postal code<br>RACINE COUNTY CIRCUIT COURT JENNIFER BEL<br>730 WISCONSIN AVENUE<br>RACINE, WI 53403<br>US | | **5** If checked, the debtor was personally liable for repayment of the debt . . . . . . . . . ▶ ☐ | | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported. |
| Account number (see instructions)<br>2019CV001616 | | **6** Identifiable event code<br>H | **7** Fair market value of property<br>$ 65,000.00 | |

Form **1099-C**        (keep for your records)        www.irs.gov/Form1099C        Department of the Treasury - Internal Revenue Service

## Instructions for Debtor

You received this form because a federal government agency or an applicable financial entity (a creditor) has discharged (canceled or forgiven) a debt you owed, or because an identifiable event has occurred that either is or is deemed to be a discharge of a debt of $600 or more. If a creditor has discharged a debt you owed, you are required to include the discharged amount in your income, even if it is less than $600, on the "Other income" line of your Form 1040 or 1040-SR. However, you may not have to include all of the canceled debt in your income. There are exceptions and exclusions, such as bankruptcy and insolvency. See Pub. 4681, available at IRS.gov, for more details. If an identifiable event has occurred but the debt has not actually been discharged, then include any discharged debt in your income in the year that it is actually discharged, unless an exception or exclusion applies to you in that year.

**Debtor's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the creditor has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the creditor assigned to distinguish your account.

**Box 1.** Shows the date the earliest identifiable event occurred or, at the creditor's discretion, the date of an actual discharge that occurred before an identifiable event. See the code in box 6.

**Box 2.** Shows the amount of debt either actually or deemed discharged. **Note:** If you don't agree with the amount, contact your creditor.

**Box 3.** Shows interest if included in the debt reported in box 2. See Pub. 4681 to see if you must include the interest in gross income.

**Box 4.** Shows a description of the debt. If box 7 is completed, box 4 also shows a description of the property.

**Box 5.** Shows whether you were personally liable for repayment of the debt when the debt was created or, if modified, at the time of the last modification. See Pub. 4681 for reporting instructions.

**Box 6.** Shows the reason your creditor has filed this form. The codes in this box are described in more detail in Pub. 4681. A—Bankruptcy; B—Other judicial debt relief; C—Statute of limitations or expiration of deficiency period; D—Foreclosure election; E—Debt relief from probate or similar proceeding; F—By agreement; G—Decision or policy to discontinue collection; or H—Other actual discharge before identifiable event.

**Box 7.** If, in the same calendar year, a foreclosure or abandonment of property occurred in connection with the cancellation of the debt, the fair market value (FMV) of the property will be shown, or you will receive a separate Form 1099-A. Generally, the gross foreclosure bid price is considered to be the FMV. For an abandonment or voluntary conveyance in lieu of foreclosure, the FMV generally is the appraised value of the property. You may have income or loss because of the acquisition or abandonment. See Pub. 4681 for information about foreclosures and abandonments. If the property was your main home, see Pub. 523 to figure any taxable gain or ordinary income.

**Future developments.** For the latest information about developments related to Form 1099-C and its instructions, such as legislation enacted after they were published, go to www.irs.gov/Form1099C.

DEAN R VONGERMETEN
C/O 1921 THURSTON AVENUE
RACINE, WI 53403
US

**IMPORTANT TAX RETURN DOCUMENT ENCLOSED**

400000020 20/1

RACINE COUNTY CIRCUIT COURT JENNIFER BEL
730 WISCONSIN AVENUE
RACINE WI 53403-1238



609    HTCTZMB 53403

PRESORTED
FIRST CLASS

USPOSTAGE
$00.485

## Exhibit A

V3 WBCD LOAN # 503260451

Lot 15, Block 9, Guenther, Palmer and Fidler's Subdivision of part of the Northwest 1/4 of Section 20, Township 3 North, Range 23 East, in the City of Racine, Racine County, Wisconsin.
ALSO DESCRIBED AS:
Lot 15, Block 9, Guenther, Palmer and Fidler's Subdivision, acording to the recorded plat thereof. Said land being in the City of Racine, Racine County, Wisconsin

GDEXA 0001

(over)

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

First Class US Mail
Statutory, Non-Domestic, Fully Pre-Paid
12 Stat. at Large, Ch 71 Sec. 23
Federal Offense to collect additional postage
18 USC ss 1726 ("without the United States")

7021 1970 0002 0662 3378

Office of the Executor
DEAN RICHARD VONGERMETEN
c/o 1921 Thurston Avenue
Racine, Wisconsin

TO: Rachel M. Blise : Chancellor
c/o Jnet Medlock: Clerk of Court
US Bankruptcy Court, Easton
District of Wisconsin
517 E. Wisconsin Avenue
Milwaukee, Wisconsin 53202