Office of the Executor
DEAN RICHARD VONGERMETEN WHFIT/ESTATE
c/o 1921 Thurston Avenue, Racine, Wisconsin

TO: Rachel M. Blise: Chancellor
c/o: Janet Medlock: Fiduciary trustee
US Bankruptcy Court, Eastern District of Wisconsin
517 E. Wisconsin Avenue, Milwaukee, Wisconsin 53202

In re: Case# 21-25409-rmb                                    June 23rd,
Adv. Case# 22-02024

Dear Ms. Blise:

I trust this letter finds you in good health.

Please find attached evidence that Rushmore Loan Management Services is still trying to collect a bogus debt from me for a new loan number/agreement I never signed. This is obvious mail fraud per 18 USC § 1341. Rushmore, US Bank National Association attorneys, CEO's and trustees failed to appear at your hearing of April 26, 2022 where they were subpoenaed to appear. You are aware that G. Michael Halfenger during my last bankruptcy filing, failed to award Planet any claim, so they have none. Both companies filed false claims into this case and there are penalties for that, 18 USC § 153 & 1003.

Planet assigned their rights, titles and interests to Rushmore in violation of my novation I made with them, not to sell my note, but to pay me $1,000. and $10,000. dollars respectively, per day, for every day they failed to send my free & clear title.

Also my administrative default of Planet began with my tender of a promissory note they retained but refused to credit. 26 USC § 108(e)(10) specifically says that one debt instrument may settle another debt instruments. Notes are the collateral and may be exchanged for legal tender (Federal Reserve Notes) at any Federal Reserve or Treasury window (12 USC § 412.) Any bank offering lockbox services can do this. Refusal is discharge, PL 88-243, UCC 403-603. Of course there's the issue whether these servicing companies as mere couriers, even have authority to accept deposits, PL 89-485 much less collect from outside of their state bank, 12 USC § 1864. Servicing rights are not ownership rights and impart no right to foreclose, and the banks themselves, being foreign, are not permitted to own or sell property either. The doctrine of subrogation in Equity says they have no claim, yet these attorneys commit the same crimes daily, for an ostensible tax owed by a skip person because they don't want to pay the tax on unjust gains corporations earned by securitizing my mortgage (12 USC § 374a.) That with 26 USC § 108(i)(4)(B) says the debt was cancelled, so why was I never told? Of course the original and ostensible "loan" agreement was deceptively written and I am entitled to recoupment in Equity. How could a first-time home-buyer be a bank affiliate without full disclosure? Why would I agree to gift valuable securities and property to create new money for the banks? It doesn't make sense. The American people are fed up with this highway robbery, in interstate commerce.

2022 JUN 24 PM 2: 19
US BANKRUPTCY COURT
EASTERN DISTRICT OF WI
FILED-MAIL

Now Racine County Circuit Court is trying to prosecute Planet's void judgement of February 14, 2020. I say it is void because the Racine County Clerk of Court, Sam Christensen, said there was no lien or judgement on file. I attempted to settle during that hearing with GSA bonds but then judge Michael J. Piontek would not allow that and with due-process violations evidenced in the transcript I have listed often enough. The IRS determined that the ostensible debt was cancelled, per my 1099C they accepted, listing Jennifer Bel(l) as the debtor.

It appears now, Racine County Circuit Court judge, Jon E. Fredrickson wants to pick up the gauntlet for Planet to enforce their bogus claim even without their expressed written request, so nice, the fraternal benefits lawyers enjoy with court judges coming to their defense even without asking. When will you bring Justice and credibility back to US courts, by prosecuting this criminal gang of BAR member attorneys? Christ promised them nothing but woe, and the American people deserve better than extortion, unjust enrichment and financial terrorism that eternally looms to make every American man, woman & child homeless, especially during these times of unprecedented inflation, incompetence and malfeasance by our trustees, permitting the expropriation of US industry, factories and jobs, if you're old enough to remember what we once had. The government, in collusion with corporations, does appear to be at war with its own citizens, when it included them in the Trading With The Enemy Act. Meanwhile the Good Book says YAHWEH prefers Justice over sacrifice, and He judges everyone in Equity, that supersedes all statutes & codes.

Enough of this NAME/name Justinian deception nonsense, I am just the agent to an entity the state created. All obligations belong to the US government, 18 USC § 8 and especially FHA insured loans. Some of us just want control of our lives we never had, out of this game of monopoly and commerce, that congress conscripted Americans into playing back in 1933. Please grant me my proper name decree, Von Germeten, Dean Richard, and control of my minor account as defined in 31 CFR § 363, with audit of all mortgage cusips, the note's deposit account (12 USC § 371c), and Treasury securities, to claim my due position over the cestui que (vie) trust/estate. After all, I am well over 18 and co-beneficiary of same, so give me the control I need to settle all claims. Given the GSA bonds I filed into this case, and court case bond, etc, there is more than enough credit in the system to settle any claim if you deem owed, otherwise I want what's mine, and am here to exercise my right of subrogation in Equity.

Kindly schedule a hearing for us to meet in chambers as soon as convenient for you. I am still willing to settle these issues per terms and conditions expressed in prior correspondence, letters of May 8th, et al.

Respectfully,



Dean Richard Von Germeten: private civilian,
Beneficiary/Settlor for the Estate



**Rushmore Loan Management Services**
PO Box 514707
Los Angeles, CA 90051
www.rushmorelm.com
**(888) 504-6700**

AB 01 089903 66979 H 331 A
DEAN R VONGERMETEN
1921 THURSTON AVE
RACINE, WI 53403-2340

|�landlᵖᵖ|ᵖᵖII|||ᵖᵖ|bᵖᵖ||ᵖᵖᵖᵖdᵖᵖ|ᵖ|ᵖ|ᵖᵖᵖᵖIᵖ|ᵖIIᵖᵖᵖᵖᵖᵖII|ᵖᵖ|ᵖᵖᵖllᵖ

| | |
|---|---|
| Statement Date: | 06/10/2022 |

| | |
|---|---|
| Account Number | 4402754188 |
| Payment Due Date | 07/01/2022 |
| Payments received after the statement date are not reflected. | |
| **Reinstatement Amount Due** [8] | **$54,899.74** |
| If payment is received after 07/17/2022, a $5.78 late fee will be charged. | |

### Notice

Rushmore Loan Management Services LLC is a Debt Collector attempting to collect a debt.

**Bankruptcy Notice.** If you are in bankruptcy or if your obligation to repay this loan was discharged in bankruptcy, this informational notice is sent to you in order to comply with statutory requirements. It is not an attempt to collect a debt. You may disregard information relating to payment remittance. You are not obligated to make payments and any amount(s) you do pay Rushmore is at your discretion. Please note, however, Rushmore reserves the right to exercise its legal rights, including but not limited to foreclosure of its lien interest, only against the property securing the original obligation.

### Account Information

| | |
|---|---|
| Property Address: | 1921 THURSTON AVE |
| | RACINE, WI 53403 2340 |
| Outstanding Principal [3] | $24,775.75 |
| Interest Rate | 4.07900% |
| Recoverable Advances [4] | $42,219.89 |
| Prepayment Penalty | No |

### Explanation of Amount Due [?]

| | |
|---|---|
| Overdue Payments | $12,616.68 |
| Total Fees and Charges | $63.17 |
| Recoverable Advances [4] | $42,219.89 |
| **Reinstatement Amount Due** [8] | **$54,899.74** |
| **Reinstatement Amount As Of** [8] | 06/10/2022 |
| Partial Payment (Unapplied) [1] | $0.00 |
| **Acceleration Amount** [8] [9] | **$76,015.70** |
| **Acceleration Amount As Of** [8][9] | 06/10/2022 |

### Past Payments Breakdown



| | Paid Last Month | Paid Year-to-Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied) [1] | $0.00 | $0.00 |
| Recoverable Advances [4] | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

## Your Mortgage. Simplified.

- Easy and free payment options
- Instant access to your loan information
- Account alerts to stay informed

*Move to Rushmore's new online and mobile experience today!*

Sign up at **MyRushmoreLoan.com**, or search **"My Rushmore Loan"** in the Apple App Store or Google Play

### If You Are Experiencing Financial Difficulty

If you would like counseling or assistance, you can contact the U.S. Department of Housing and Urban Development (HUD). For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287. Rushmore Loan Management Services LLC is dedicated to providing outstanding loan servicing and customer support through a commitment to uphold ethical and honest business practices. Rushmore is customer-focused and we believe in providing the highest level of customer care. We treat all of our customers with respect, courtesy and integrity. We understand the importance of homeownership, and we recognize that at times economic changes can make it difficult to make your mortgage payment. We encourage our customers to contact us at (888) 504-7300 to discuss assistance programs we may have available for you. We also encourage you to contact us to discuss any other issues you may be having with your mortgage. We believe that open and timely communications is a key to our relationship with you. We encourage all of our customers to continue to visit our website (www.rushmorelm.com) to access loan information, make payments, download forms, or obtain answers to questions about your account.



**THIS IS NOT A PAYOFF STATEMENT.** The Total Amount Due to Reinstate the loan and the Accelerated Amount are estimates based on information reasonably available and will be accepted through this date. IF YOUR LOAN IS IN DEFAULT, there may be additional outstanding fees or costs incurred but not yet billed as of the dates listed above for which you are responsible under the terms of your loan. Additional interest, fees, and charges may continue to accrue. Please contact us at the number listed on this statement to obtain a current reinstatement or payoff amount.

## Important Information

**(1) Partial Payment:** Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

**(3) Outstanding Principal:** This is your Loan Balance only, not the pay off amount, and does not include any Deferred Balance.

**(4) Recoverable Advances:** Disbursements for servicing-related expenses (non-escrow expenses) paid with servicer funds rather than escrow funds, which are recovered from you, the borrower.

**(5) Amount Due: IF YOU ARE IN FORECLOSURE OR BANKRUPTCY,** the amount listed here may not be the full amount necessary to bring your account current. To obtain the most up-to-date amount due information, please contact us at the number listed on this Statement.

**(8) THIS IS NOT A PAYOFF STATEMENT.** The Total Amount Due to Reinstate the loan and the Accelerated Amount are estimates based on information reasonably available and will be accepted through this date. IF YOUR LOAN IS IN DEFAULT, there may be additional outstanding fees or costs incurred but not yet billed as of the dates listed above for which you are responsible under the terms of your loan. Additional interest, fees , and charges may continue to accrue. Pro rata mortgage insurance premiums not yet paid are not included in the Accelerated Amount. Please contact us at the number listed on this statement to obtain a current reinstatement or payoff amount. Unless you pay off your loan before 07/01/2022, another monthly payment of $305.65 will become due.

**(9) IF YOU HAVE RECEIVED A JUDGMENT OF FORECLOSURE** the accelerated amount/this amount is for informational purposes only and does not reflect the judgment amount or post judgment interest.

**GET LOAN INFORMATION INSTANTLY**
Call our convenient and easy Automated Information Hotline and receive up-to-date loan information. JUST CALL (888) 504-6700 from a Touch Tone Phone. For your security, you will need to enter your loan number and the last 4 digits of your social security number when requested. You may also visit our website at www.rushmorelm.com for access to loan information, make payments, request financial assistance and more!

## Need To Contact Us?

| CUSTOMER CARE / PAYOFF STATEMENTS | SEND CORRESPONDENCE TO: | | |
|---|---|---|---|
| Mon - Thurs 6:00 am to 7:00 pm PT | Rushmore Loan Management Services LLC | NEED FINANCIAL ASSISTANCE? | |
| Friday 6:00 am to 6:00 pm PT | Customer Care Department | COLLECTION DEPARTMENT | HOME RETENTION |
| | P.O. Box 55004 | Telephone (888) 504-7200 | Telephone (888) 504-7300 |
| Telephone (888) 504-6700 | Irvine, CA 92619-5004 | | |

## Payment Mailing Information:

Standard Delivery Mailing Address:
Rushmore Loan Management Services LLC
P.O. Box 514707
Los Angeles, CA 90051-4707

Overnight Delivery Service Payment Address:
Rushmore Loan Management Services LLC
15480 Laguna Canyon Rd.
Suite 100
Irvine, CA 92618

## Assistance with Escrow Information:

HAZARD/HOMEOWNERS INSURANCE
Telephone (866) 735-2998
Fax (866) 257-4121

PROPERTY TAX INFORMATION/ASSISTANCE
Telephone (844) 323-3780
Fax (817) 826-0265

SEND INSURANCE BILLS AND POLICIES TO:
Rushmore Loan Management Services LLC
P.O. Box 692409
San Antonio, TX 78269-2409

SEND TAX BILLS FOR ESCROWED/IMPOUNDED LOANS TO:
Rushmore Loan Management Services LLC
P.O. Box 9214
Coppell, TX 75019

## Additional Information:

| SEND NOTICE OF ERROR RESOLUTION AND INFORMATION REQUEST TO: | WESTERN UNION QUICK COLLECT | STANDARD FEES | |
|---|---|---|---|
| Rushmore Loan Management Services LLC | Code City: Rushmore | Returned Check Fee * | $25.00 |
| Compliance Department | Code State: CA | * Except where restricted by state law | |
| P.O. Box 52262 | | Other Fees are listed on | |
| Irvine, CA 92619-2262 | | www.rushmorelm.com | |

**ANNUAL PRIVACY NOTICE**
Rushmore Loan Management Services LLC provides our Annual Privacy Notice on-line, at our website: www.rushmorelm.com. A copy of the notice will be mailed to customers who request one by contacting our Customer Care Department at (888) 504-6700 or by sending a written request to our Customer Care Department at P.O. Box 55004 Irvine, CA 92619-5004. The information in the Notice has not changed from last year.

Important Notice: Under the Fair Credit Reporting Act, you have the right to notify us if you believe we have reported inaccurate information about your account to any Consumer Reporting Agency. Such notices should be sent in writing and include your complete name, current address, social security number, account number, specific item of dispute and reason why you believe the information reported is in error. Send your notice to: P.O. Box 52262 Irvine, CA 92619-2262.

**Housing Counselor Resources**
The U.S. Department of Housing and Urban Development (HUD) sponsors non-profit homeownership counseling agencies across the country. Call 800-569-4287 or visit http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm for a list of HUD-approved agencies in your area.

## Mailing Address and Phone Number Change Request

Mailing Address

_____

| City | State | Zip Code |
|---|---|---|

| Home Phone Number | Business Phone Number |
|---|---|



**Rushmore Loan Management Services**
PO Box 514707
Los Angeles, CA 90051
www.rushmorelm.com
(888) 504-6700

Statement Date: 06/10/2022
Account Number: 4402754188

| Transaction Activity (12/01/2021 - 06/10/2022) | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date | Description | Principal | Interest | Escrow | Fees | Other | Total |
| 12/09 | VALUE/HOA/INSP COST | | | | | -85.00 | -85.00 |
| 12/09 | VALUE/HOA/INSP COST | | | | | -300.00 | -300.00 |
| 12/17 | ATTORNEY FEES | | | | | -350.00 | -350.00 |
| 12/27 | VALUE/HOA/INSP COST | | | | | -20.00 | -20.00 |
| 12/27 | TOWN/ BORO | | | -1,771.73 | | | -1,771.73 |
| 12/27 | ESCROW ADVANCE | | | 1,771.73 | | | 1,771.73 |
| 01/18 | VALUE/HOA/INSP COST | | | | | -20.00 | -20.00 |
| 01/25 | HAZARD INS | | | -13.42 | | | -13.42 |
| 01/25 | ESCROW ADVANCE | | | 13.42 | | | 13.42 |
| 01/26 | HAZARD INS | | | -26.84 | | | -26.84 |
| 01/26 | ESCROW ADVANCE | | | 26.84 | | | 26.84 |
| 01/27 | ATTORNEY FEES | | | | | -250.00 | -250.00 |
| 02/15 | VALUE/HOA/INSP COST | | | | | -20.00 | -20.00 |
| 02/16 | ATTORNEY FEES | | | | | -250.00 | -250.00 |
| 02/16 | HAZARD INS | | | -13.42 | | | -13.42 |
| 02/16 | ESCROW ADVANCE | | | 13.42 | | | 13.42 |
| 02/24 | ATTORNEY FEES | | | | | -475.00 | -475.00 |
| 02/24 | ATTORNEY FEES | | | | | -250.00 | -250.00 |
| 02/24 | ATTORNEY FEES | | | | | -550.00 | -550.00 |
| 03/01 | FC/BK/DIL/EVIC COST | | | | | -9.36 | -9.36 |
| 03/01 | FC/BK/DIL/EVIC COST | | | | | -0.53 | -0.53 |
| 03/15 | FC/BK/DIL/EVIC COST | | | | | -250.00 | -250.00 |
| 03/16 | HAZARD INS | | | -13.42 | | | -13.42 |
| 03/16 | ESCROW ADVANCE | | | 13.42 | | | 13.42 |
| 03/17 | VALUE/HOA/INSP COST | | | | | -20.00 | -20.00 |
| 03/17 | FC/BK/DIL/EVIC COST | | | | | -2.12 | -2.12 |
| 03/28 | CORP ADVANCE ADJUST | | | | | -16.30 | -16.30 |
| 03/28 | CORP ADVANCE ADJUST | | | | | -16.30 | -16.30 |
| 03/28 | CORP ADVANCE ADJUST | | | | | -16.30 | -16.30 |
| 03/28 | CORP ADVANCE ADJUST | | | | | -16.30 | -16.30 |
| 03/28 | CORP ADVANCE ADJUST | | | | | 440.00 | 440.00 |
| 03/28 | CORP ADVANCE ADJUST | | | | | 750.00 | 750.00 |
| 03/28 | CORP ADVANCE ADJUST | | | | | 2,200.00 | 2,200.00 |
| 03/28 | CORP ADVANCE ADJUST | | | | | 522.50 | 522.50 |
| 03/28 | CORP ADVANCE ADJUST | | | | | 850.00 | 850.00 |
| 03/28 | CORP ADVANCE ADJUST | | | | | 188.00 | 188.00 |
| 03/28 | CORP ADVANCE ADJUST | | | | | -1,036.51 | -1,036.51 |
| 03/28 | CORP ADVANCE ADJUST | | | | | 64.50 | 64.50 |
| 03/28 | CORP ADVANCE ADJUST | | | | | 410.00 | 410.00 |
| 03/28 | CORP ADVANCE ADJUST | | | | | 1,470.00 | 1,470.00 |
| 03/28 | CORP ADVANCE ADJUST | | | | | 344.00 | 344.00 |
| 03/28 | CORP ADVANCE ADJUST | | | | | 817.00 | 817.00 |
| 03/28 | CORP ADVANCE ADJUST | | | | | 688.00 | 688.00 |
| 03/28 | CORP ADVANCE ADJUST | | | | | 731.00 | 731.00 |
| 03/28 | CORP ADVANCE ADJUST | | | | | 35.00 | 35.00 |
| 03/28 | CORP ADVANCE ADJUST | | | | | 287.45 | 287.45 |
| 03/28 | CORP ADVANCE ADJUST | | | | | 35.00 | 35.00 |
| 03/28 | CORP ADVANCE ADJUST | | | | | 319.03 | 319.03 |
| 03/28 | CORP ADVANCE ADJUST | | | | | 345.35 | 345.35 |
| 03/28 | CORP ADVANCE ADJUST | | | | | 193.69 | 193.69 |

| Date | Description | Principal | Interest | Escrow | Fees | Other | Total |
|------|-------------|-----------|----------|--------|------|-------|-------|
| | **Transaction Activity (12/01/2021 - 06/10/2022)** | | | | | | |
| 03/28 | CORP ADVANCE ADJUST | | | | | 350.00 | 350.00 |
| 03/28 | CORP ADVANCE ADJUST | | | | | -16.30 | -16.30 |
| 03/28 | CORP ADVANCE ADJUST | | | | | -16.30 | -16.30 |
| 03/28 | CORP ADVANCE ADJUST | | | | | -16.30 | -16.30 |
| 03/28 | CORP ADVANCE ADJUST | | | | | -19.92 | -19.92 |
| 03/28 | CORP ADVANCE ADJUST | | | | | 494.50 | 494.50 |
| 03/28 | CORP ADVANCE ADJUST | | | | | 4,940.50 | 4,940.50 |
| 03/28 | CORP ADVANCE ADJUST | | | | | 516.00 | 516.00 |
| 03/28 | CORP ADVANCE ADJUST | | | | | 15.00 | 15.00 |
| 03/28 | CORP ADVANCE ADJUST | | | | | -23.04 | -23.04 |
| 03/28 | CORP ADVANCE ADJUST | | | | | -23.04 | -23.04 |
| 03/28 | CORP ADVANCE ADJUST | | | | | -23.04 | -23.04 |
| 03/28 | CORP ADVANCE ADJUST | | | | | 2,924.00 | 2,924.00 |
| 03/28 | CORP ADVANCE ADJUST | | | | | 817.00 | 817.00 |
| 03/28 | CORP ADVANCE ADJUST | | | | | 3,719.50 | 3,719.50 |
| 03/28 | CORP ADVANCE ADJUST | | | | | 408.50 | 408.50 |
| 03/28 | CORP ADVANCE ADJUST | | | | | 1,397.50 | 1,397.50 |
| 03/28 | CORP ADVANCE ADJUST | | | | | 602.00 | 602.00 |
| 03/28 | CORP ADVANCE ADJUST | | | | | 1,505.00 | 1,505.00 |
| 03/28 | CORP ADVANCE ADJUST | | | | | 537.50 | 537.50 |
| 03/28 | CORP ADVANCE ADJUST | | | | | 430.00 | 430.00 |
| 03/28 | CORP ADVANCE ADJUST | | | | | 2,107.00 | 2,107.00 |
| 03/28 | CORP ADVANCE ADJUST | | | | | 236.50 | 236.50 |
| 03/28 | CORP ADVANCE ADJUST | | | | | 301.00 | 301.00 |
| 03/28 | CORP ADVANCE ADJUST | | | | | 967.50 | 967.50 |
| 03/28 | CORP ADVANCE ADJUST | | | | | 215.00 | 215.00 |
| 03/28 | CORP ADVANCE ADJUST | | | | | 602.00 | 602.00 |
| 03/28 | CORP ADVANCE ADJUST | | | | | 559.00 | 559.00 |
| 03/28 | CORP ADVANCE ADJUST | | | | | 322.50 | 322.50 |
| 03/28 | CORP ADVANCE ADJUST | | | | | 4,278.50 | 4,278.50 |
| 03/28 | CORP ADVANCE ADJUST | | | | | 15.00 | 15.00 |
| 03/28 | CORP ADVANCE ADJUST | | | | | 15.00 | 15.00 |
| 03/28 | CORP ADVANCE ADJUST | | | | | 15.00 | 15.00 |
| 03/28 | CORP ADVANCE ADJUST | | | | | 15.00 | 15.00 |
| 03/28 | CORP ADVANCE ADJUST | | | | | 15.00 | 15.00 |
| 03/28 | CORP ADVANCE ADJUST | | | | | 15.00 | 15.00 |
| 03/28 | CORP ADVANCE ADJUST | | | | | 15.00 | 15.00 |
| 03/28 | CORP ADVANCE ADJUST | | | | | 15.00 | 15.00 |
| 03/28 | CORP ADVANCE ADJUST | | | | | 15.00 | 15.00 |
| 03/28 | CORP ADVANCE ADJUST | | | | | 15.00 | 15.00 |
| 03/28 | CORP ADVANCE ADJUST | | | | | 15.00 | 15.00 |
| 03/28 | CORP ADVANCE ADJUST | | | | | 15.00 | 15.00 |
| 03/28 | CORP ADVANCE ADJUST | | | | | 15.00 | 15.00 |
| 03/28 | CORP ADVANCE ADJUST | | | | | 15.00 | 15.00 |
| 03/28 | CORP ADVANCE ADJUST | | | | | 15.00 | 15.00 |
| 03/28 | CORP ADVANCE ADJUST | | | | | 15.00 | 15.00 |
| 03/28 | CORP ADVANCE ADJUST | | | | | 15.00 | 15.00 |
| 03/28 | CORP ADVANCE ADJUST | | | | | 15.00 | 15.00 |
| 03/28 | CORP ADVANCE ADJUST | | | | | 15.00 | 15.00 |
| 03/28 | CORP ADVANCE ADJUST | | | | | 15.00 | 15.00 |

| Date | Description | Principal | Interest | Escrow | Fees | Other | Total |
|---|---|---|---|---|---|---|---|
| 03/28 | CORP ADVANCE ADJUST | | | | | 15.00 | 15.00 |
| 03/28 | CORP ADVANCE ADJUST | | | | | 15.00 | 15.00 |
| 03/28 | CORP ADVANCE ADJUST | | | | | -38,101.87 | -38,101.87 |
| 04/13 | VALUE/HOA/INSP COST | | | | | -20.00 | -20.00 |
| 04/18 | HAZARD INS | | | -13.42 | | | -13.42 |
| 04/18 | ESCROW ADVANCE | | | 13.42 | | | 13.42 |
| 05/09 | VALUE/HOA/INSP COST | | | | | -20.00 | -20.00 |
| 05/11 | ATTORNEY FEES | | | | | -102.50 | -102.50 |
| 05/11 | FC/BK/DIL/EVIC COST | | | | | -12.66 | -12.66 |
| 05/11 | FC/BK/DIL/EVIC COST | | | | | -2.12 | -2.12 |
| 05/11 | FC/BK/DIL/EVIC COST | | | | | -183.73 | -183.73 |
| 05/11 | FC/BK/DIL/EVIC COST | | | | | -150.00 | -150.00 |
| 05/16 | VALUE/HOA/INSP COST | | | | | -505.00 | -505.00 |
| 05/17 | HAZARD INS | | | -13.42 | | | -13.42 |
| 05/17 | ESCROW ADVANCE | | | 13.42 | | | 13.42 |
| 06/07 | VALUE/HOA/INSP COST | | | | | -20.00 | -20.00 |
| 06/08 | ATTORNEY FEES | | | | | -250.00 | -250.00 |

## °°DELINQUENCY NOTICE°°

**You are late on your mortgage payments.** Failure to bring your loan current may result in fees and foreclosure - the loss of your home. As of 06/10/2022, you are 1225 days delinquent on your mortgage loan, dating to 02/01/2019.

Recent Account History.

* Payment Due 06/01/2022: Unpaid balance of $305.65

* Payment Due 05/01/2022: Unpaid balance of $305.65

* Payment Due 04/01/2022: Unpaid balance of $305.65

* Payment Due 03/01/2022: Unpaid balance of $343.17

* Payment Due 02/01/2022: Unpaid balance of $343.17

* Payment Due 01/01/2022: Unpaid balance of $343.17

* Payment Due 12/01/2021: Unpaid balance of $343.17

* Payment Due 11/01/2021: Unpaid balance of $343.17

* Payment Due 10/01/2021: Unpaid balance of $343.17

* Payment Due 09/01/2021: Unpaid balance of $343.17

* Payment Due 08/01/2021: Unpaid balance of $343.17

* Payment Due 07/01/2021: Unpaid balance of $343.17

* **You must pay this amount $54,899.74 to reinstate your loan.**
**IF YOU ARE IN FORECLOSURE OR BANKRUPTCY,** the amount listed here may not be the full amount necessary to bring your account current. To obtain the most up-to-date amount due information, please contact us at the number listed on this Statement.

## Your Loan is in Foreclosure

The date of the first Notice of Filing is 10/14/2019.

# ADDITIONAL NOTICES

If you have any other mortgage loans secured by the same property not serviced by Rushmore, please contact your other servicer directly to discuss any possible loss mitigation options that may be available to you.

If you are a confirmed Successor-in-Interest who has not assumed the mortgage loan obligation under State Law, this document is being sent for information purposes only and does not constitute personal liability with respect to the debt.

**LEGAL NOTIFICATION:**  Rushmore Loan Management Services LLC may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

### Notice of Error Resolution & Information Request Procedures

The following outlines the Error Resolution and Information Request Procedures for your mortgage account at Rushmore Loan Management Services LLC (RLMS). Please keep this document for your records.

***If you think an error has occurred on your mortgage account or if you need specific information about the servicing of your loan, please write us at:***



Rushmore Loan Management Services LLC
P.O. Box 52262
Irvine, CA 92619-2262

All written requests for information or notices of error should contain the following information:
1. Your name
2. Account number
3. Property Address
4. Description of the error and explanation as to why you believe it is an error or a request for specific information regarding the servicing of your loan
5. Current contact information so we may follow up with you

All written requests for specific information will be handled within 30 days of receipt. We will determine whether an error occurred within 30 days after receiving your notice of error and will correct any error promptly (Notices of error on payoff statements will be handled within 7 days). If additional time is needed to investigate your complaint or request, we may take up to 45 days but we will notify you of the extension within the original 30 days. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

## HUD STATEMENT
Pursuant to section 169 of the Housing and Community Development Act of 1987, you may have the opportunity to receive counseling from various local agencies regarding the retention of your home. You may obtain a list of the HUD approved housing counseling agencies by calling the HUD nationwide toll-free telephone at 1-800-569-4287.

### Equal Credit Opportunity Act Disclosure
NOTICE: The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is the Bureau of Consumer Financial Protection, 1700 G Street NW, Washington, DC 20552 or Federal Trade Commission, Equal Credit Opportunity, Washington, DC 20580.

## STATE SPECIFIC NOTICE

**The following notice applies to Wisconsin residents only:**

This collection agency is licensed by the Division of Banking in the Wisconsin Department of Financial Institutions, www.wdfi.org.

Rev 3/22

FIRST-CLASS MAIL
U.S. POSTAGE
**PAID**
BROADRIDGE
MAIL



**RUSHMORE**
LOAN MANAGEMENT SERVICES

Rushmore Loan Management Services
PO Box 514707
Los Angeles, CA 90051
www.rushmorelm.com
(888) 504-6700

AB 01 089903 66979 H 331 A
DEAN R VONGERMETEN
1921 THURSTON AVE
RACINE, WI 53403-2340

**FILED**
**06-06-2022**
**Clerk of Circuit Court**
**Racine County**
**2019CV001616**

**BY THE COURT:**

**DATE SIGNED:** June 6, 2022

<u>Electronically signed by Jon E. Fredrickson</u>
Circuit Court Judge

| | | |
|---|---|---|
| STATE OF WISCONSIN | CIRCUIT COURT | RACINE COUNTY |

PLANET HOME LENDING, LLC,

      Plaintiff,

v.

                                 Case No. 19CV1616

DEAN R. VON GERMETEN, et al.,

      Defendants.

## ORDER ON MOTION TO REMAND AND FOR AN INJUNCTION ON THE JUDGMENT

The Court is in receipt of Defendants' Notice of Remand for Injunction (Akin to a Motion) of Void Foreclosure Judgment. It was not filed in accordance with this Court's local rules, but will be considered anyways. Defendants previously filed a Notice to Vacate Void Judgment of Foreclosure on February 17, 2020 (Dkt. No. 75). That motion was denied. Plaintiff has previously filed motions arguing fraud and lack of state court jurisdiction, and those motions were denied (Dkt. Nos. 45, 66, 67, and 68). None of those rulings were appealed and the Court is not going to re-hear the same arguments as a basis for voiding or staying the judgment. The IRS 1099C is not proof the debt was cancelled, and Jennifer Bell, a Racine County Circuit Court

Clerk was never the debtor of the debt at issue in this case, nor was Racine County. There never has been an employee at Racine County Circuit Court named Jennifer Bel. The judgment in this case is not void, and none of the alleged "new evidence" are extraordinary circumstances that would justify relief from the February 14, 2020 judgment under Wis. Stat. § 806.07.

Defendants argue this state Court does not have jurisdiction and should remand the matter to federal court. State courts do not have the power to remand matters to federal court. Federal courts, however, do have the power to remove matters from state court. If a federal court enters such an order, this Court will comply. If a federal court issues a stay order on this Court, this Court will comply. Until such time as either of those things happen, this Court retains jurisdiction.

**NOW THEREFORE, IT IS HEREBY ORDERED:**

1. Defendants' motion is DENIED.

2



CLERK OF CIRCUIT COURT
COUNTY OF RACINE
730 WISCONSIN AVE
RACINE WI 53403-1274

DEAN R. VON GERMETEN
1921 THURSTON AVE
RACINE, WI 53403-2340

EAF2SAB 53403

Office of the Executor
DEAN RICHARD VONGERMETEN
c/o 1921 Thirston Avenue
Racine, Wisconsin

Rachel M. Blise, Chancellor
c/o Janet Medlock, Fiduciary Trustee
US Bankruptcy Court
Eastern District of Wisconsin
517 E. Wisconsin Avenue
Milwaukee, Wisconsin 53202

REGISTERED MAIL ™

Label 200, August 2005

RF 392 110 158 US

PSN 7690-03-000-9311



U.S POSTAGE PAID
FCM LETTER
RACINE, WI
53406
JUN 23 22
AMOUNT
$14.53
53202
R2304W120419-14

0000

1000

UNITED STATES
POSTAL SERVICE ®